UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| SHERIDAN HEALTHCARE OF LOUISIANA, INC. | CIVIL ACTION NO. 6:15:cv-02509 |
| Plaintiff, | JUDGE _____ |
| VERSUS | MAGISTRATE JUDGE _____ |
| PROGRESSIVE ACUTE CARE, LLC D/B/A DAUTERIVE HOSPITAL, | |
| Defendant. | |

**CORPORATE DISCLOSURE STATEMENT**

Plaintiff Sheridan Healthcare of Louisiana, Inc., by and through its undersigned counsel, hereby submit the following Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1:

1. Sheridan Healthcare, Inc., a Delaware Corporation, is the parent company of Sheridan Healthcare of Louisiana, Inc.

2. Sheridan Healthcare, Inc. wholly owns Sheridan Healthcare of Louisiana, Inc.

Respectfully submitted,

*/s/ George C. Freeman, III*
George C. Freeman, III, No. 14272
**BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, L.L.C.**
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone (504) 589-9700
Facsimile: (504) 589-9701
gfreeman@barrassousdin.com

*Counsel for Sheridan Healthcare of Louisiana, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service.

*/s/ George C. Freeman, III*